| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Jan. 25, 2022 |
|---|---|

------------------------------------------------------------- x

R.A., *individually and on behalf of J.R., K.A., and K.R.*,

                    **Plaintiff,**

              -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    **Defendant.**

------------------------------------------------------- x

1:21-cv-11188 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant's letter requesting an extension of time to respond to the complaint. ECF No. 7. No proof of service or waiver of service has been filed on the docket. Plaintiff is directed to file such proof so that Defendant's time to respond can be set.

**SO ORDERED.**

Dated:    January 25, 2022
              New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**