UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

R.A.,

                                                   **Plaintiff,**

-against-

NEW YORK CITY DEPARTMENT
OF EDUCATION,

                                                   **Defendant.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2023

21-CV-11188 (ALC)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

       In light of Assistant Corporation Counsel Wiener's withdrawal from this case, Defendant is currently unrepresented. A lawyer must enter an appearance on behalf of Defendant no later than February 17, 2023. The Clerk of Court is respectfully directed to mail a copy of this order to the Office of the Corporation Counsel.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:     February 9, 2023
                  New York, New York