UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.A. et al,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION.,<br><br>　　　　　　　Defendant. | 1:21-cv-11188 (ALC) (SN)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of Plaintiff's request for a pre-motion conference in relation to its entry of judgment based on Defendant's failure to pay the agreed-upon settlement amount (ECF Nos. 73, 74). Defendant is ordered to respond to the Pre-Motion conference request by **September 17, 2024**.

**SO ORDERED.**

Dated:　September 12, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**