UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

R.A., *individually and on behalf of J.R., K.A., and K.R., children with disabilities*,

                        Plaintiff,

                -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.

------------------------------------------------------------ x

1:21-cv-11188 (ALC) (SN)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The conference scheduled for November 18, 2024 at 4:00 PM is **ADJOURNED** to **November 22, 2024 at 2:00 P.M. Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

SO ORDERED.

Dated:    November 18, 2024
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              United States District Judge