UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

R.A., *individually and on behalf of J.R., K.A., and K.R., children with disabilities*,

                  Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                  Defendant.

------------------------------------------------------------ x

1:21-cv-11188 (ALC) (SN)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties should submit a joint status report by December 5, 2024 providing details regarding resolution or how the parties would like to proceed if resolution is not possible.

**SO ORDERED.**

Dated:   **November 22, 2024**
             **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**