**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                          :

**R.A.**, *individually and on behalf of J.R., K.A.,*   :
*and K.R., children with disabilities*,         :
                                          :

                               **Plaintiff,**   :         **1:21-cv-11188 (ALC) (SN)**

                                          :         <u>**ORDER**</u>
              **-against-**              :

**NEW YORK CITY DEPARTMENT OF**     :
**EDUCATION,**                                 :

                                 **Defendant.**   :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court granted the parties leave to file a letter confirming that the settlement payment

has been made.   ECF No. 82.   The parties should submit a joint status report by January 6,

2025.

**SO ORDERED.**

**Dated:**     **December 6, 2024**
               **New York, New York**

                                                _____
                                                   **ANDREW L. CARTER, JR.**
                                              **United States District Judge**