**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 01/06/2025

| | | |
|---|---|---|
| **HON. MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

January 6, 2025

**VIA ECF**
Hon. Andrew L. Carter
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *R.A., et al. v. New York City Dep't. of Educ.,* 21-cv-11188 (ALC)(SN)

Dear Judge Carter:

      I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff sought solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

      Defendant writes in connection with Your Honor's December 6, 2024 Order (ECF No. 83) to respectfully request an extension from January 6, 2025 to January 20, 2025 to inform the Court that settlement payment has been made. Plaintiff has graciously consented to this request. This is the first request for an extension. Defendant sincerely apologizes for the delay and the tardiness of this request, but expects that payment will be issued shortly.

      Thank you for considering this request.

                                                          Respectfully submitted,
                                                           /s/
                                                        Martha Nimmer
                                                        Special Assistant Corporation Counsel

cc: Benjamin Kopp, Esq. (via ECF)

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
January 6, 2025
New York, NY